1  Susan St. Vincent
   Yosemite Legal Officer
2  NATIONAL PARK SERVICE
   Legal Office
3  P.O. Box 517
4  Yosemite, California 95389
   Telephone: (209) 372-0241



FILED
JUN 20 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHERILYN FEATHER LERAND,<br><br>Defendant. | DOCKET NO. 6:15-mj-70-MJS<br><br>**AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |

I, Armin M. Najafi, Acting Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the acting legal officer in Yosemite National Park and serve as the assistant prosecutor for misdemeanor matters arising in the park. I have been so employed for approximately six months.

In the normal course of my duties I, and other individuals acting in a similar capacity in my office, regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite.

In the normal course of my duties, I learned that defendant Cherilyn Feather LERAND has failed to pay $1,740.00 in restitution, and failed to provide proof of completing 100 hours of community service during the first 11 months of her probationary period.

1

1  As the acting legal officer, I am aware that LERAND was charged with destroying
2  or damaging property or real property (light fixtures), in violation of Title 36 Code of
3  Federal Regulations §2.31(a)(3), and defacing property or real property, in violation of
4  Title 36 Code of Federal Regulations §2.31(a)(3).

5  On September 02, 2015, LERAND plead guilty to the charge of defacing property
6  or real property, in violation of Title 36 Code of Federal Regulations §2.31(a)(3). The
7  other count was dismissed. LERAND was sentenced to 12 months of unsupervised
8  probation with the conditions that she obey all laws; pay restitution in the amount of
9  $1740; pay a special assessment of $10; advise the Court within 7 days of being cited or
10 arrested for any alleged violation of law; and complete 50 hours of community service
11 and file sworn proof of completion to the Court.

12 On August 09, 2016, LERAND plead guilty to the following two probation
13 violations: failure to pay $1740 restitution and failure to complete community service.
14 LERAND was sentenced to 12 additional months of probation with the conditions that
15 she obey all laws; pay $1740 restitution in $100 monthly installments until paid in full;
16 advise the Court within 7 days of being cited or arrested for any alleged violation of law;
17 and complete 100 hours of community service within the first 11 months of probation.

19 The government alleges LERAND has violated the following condition(s) of her
20 unsupervised probation:

21 <u>CHARGE ONE</u>:     FAILURE TO PAY RESISTUTION
22 LERAND was ordered to pay a restitution in the amount of $1740 at a rate of
23 $100 per month until paid in full. To date, LERAND has not paid any of the $1740
24 restitution.

26 <u>CHARGE TWO</u>:     FAILURE TO COMPLETE COMMUNITY SERVICE
27 LERAND was ordered to complete 100 hours of community service within the first
28 11 months of probation. As of the date of this affidavit, LERAND has not provided proof

of having completed any community service.

06/19/2017
Date

Armin M. Najafi
Acting Legal Officer
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

6/19/2017
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California

3