HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CHERILYN LERAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHERILYN LERAND,<br><br>Defendant. | Case No. 6:15-mj-00070-MJS<br><br>**MOTION TO VACATE JULY 25, 2017 REVIEW HEARING; ORDER** |

Defendant Cherilyn Lerand hereby requests that the Court vacate the July 25, 2017 review hearing.

On August 9, 2016, the Court sentenced Ms. Lerand to twelve months of unsupervised probation, with the conditions that she obey all laws and advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law. In addition, the Court ordered Ms. Lerand to complete 100 hours of community service. Ms. Lerand was also ordered to pay the remainder of the restitution that was owed.

Ms. Lerand has submitted proof of her completion of 100 hours of community service and has paid the remainder of her restitution. Her restitution is now paid in full. Accordingly, Ms. Lerand has complied with all conditions of her probation, and she hereby requests that the July 25, 2017 review hearing be vacated.

//

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Date: July 7, 2017          */s/ Susan St. Vincent*
                            Susan St. Vincent
                            Yosemite Legal Officer
                            Attorney for Plaintiff


                            HEATHER E. WILLIAMS
                            Federal Defender


Date: July 7, 2017          */s/ Reed Grantham*
                            REED GRANTHAM
                            Assistant Federal Defender
                            Attorney for Defendant
                            CHERILYN LERAND

## **O R D E R**

Based on the parties' joint representation that Ms. Lerand is in compliance with the conditions of her probation, the Court vacates the review hearing scheduled for July 25, 2017, at 10:00 a.m., in case number 6:15-mj-00070-MJS.

IT IS SO ORDERED.

Dated:   July 7, 2017             /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE