| | |
|---|---|
| 1 | Susan St. Vincent |
| 2 | Legal Officer |
| | NATIONAL PARK SERVICE |
| 3 | Legal Office |
| | P.O. Box 517 |
| 4 | Yosemite, California  95389 |
| | Telephone:  (209) 372-0241 |
| 5 | |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO. 6:15-mj-070-MJS |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL OF STATEMENT OF ALLEGED PROBATION VIOLATION(S); AND ORDER THEREON** |
| CHERILYN LERAND, | |
| Defendant. | |
| | Court: U.S. District Court – Yosemite |
| | Judge: Honorable Michael J. Seng |

On September 02, 2015, LERAND plead guilty to the charge of defacing property or real property, in violation of Title 36 Code of Federal Regulations §2.31(a)(3).  The other count was dismissed.  LERAND was sentenced to 12 months of unsupervised probation with the conditions that she obey all laws; pay restitution in the amount of $1740; pay a special assessment of $10; advise the Court within 7 days of being cited or arrested for any alleged violation of law; and complete 50 hours of community service and file sworn proof of completion to the Court.

On August 09, 2016, LERAND plead guilty to the following two probation violations: failure to pay $1740 restitution and failure to complete community service. LERAND was sentenced to 12 additional months of probation with the conditions that she obey all laws; pay $1740 restitution in $100 monthly installments until paid in full;

1

1  advise the Court within 7 days of being cited or arrested for any alleged violation of law;
2  and complete 100 hours of community service within the first 11 months of probation.
3       On June 20, 2107 the Government filed a Notice of Probation Violation alleging
4  LERAND had failed to pay the restitution and failed to provide proof of community
5  service.  A review hearing was scheduled for June 27, 2017, and at that time continued
6  to July 25, 2017.  The Government has subsequently been provided proof of completion
7  of 100 hours of community service and payment of the total amount of restitution.  The
8  Government herewith withdraws its Allegation of Probation Violation in this matter.

Dated: March 4, 2017                                   By: /s/ Susan St. Vincent
                                                                                 Susan St. Vincent
                                                                                 Legal Officer
                                                                                 Yosemite National Park, CA

**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

     The Statement of Alleged Probation Violation(s) filed on June 20, 2017 is retracted.

IT IS SO ORDERED.

Dated:  __July 7, 2017__                                  /s/ *Michael J. Seng*
                                                                       UNITED STATES MAGISTRATE JUDGE